WILL OF MORSS: MORSS, Appellant, vs. PRATT, Respondent.

For the appellant: *Albert W. Foster* of Milwaukee.

For the respondent: *Bloodgood, Kemper & Passmore,* attorneys, and *Charles H. Galin* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

LANG, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Joseph Boehm and James Boehm: *Winter & Koehler* of Shawano.

For the respondents Employers Mutual Liability Insurance Company and Joseph Boehm, an individual, its insured: *Quarles Spence & Quarles,* attorneys, and *Kenneth Grubb* and *Arthur Larson* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

*January 10, 1939.*

KILP, Respondent, vs. KRUEGER and another, Appellants.

For the appellants: *Barber, Keefe, Patri & Stillman* of Oshkosh.

For the respondent: *Allan V. Classon* of Green Bay, and *Orville S. Luckenbach* of Shawano.

*By the Court.*—Judgment affirmed.